UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE et al., <br><br> Plaintiff <br><br> vs. <br><br> STEVE BARNETT et al., <br><br> Defendant. | CIV 20-05058 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

**Statement of Movant**

I, Terry Pechota, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Brenda Wright who will be counsel for the ☒ plaintiff(s)  ☐ defendant(s) _____ in the case listed above. I have confirmed that Brenda Wright is a member in good standing of the U.S. District Court for the District of New York, where Brenda Wright's principal practice is located. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice.

10-6-20
Date

Signature

**Statement of Proposed Admitee**

I, Brenda Wright, am currently a member in good standing of the U.S. District Court for the District of New York Southern Dist.. I am also a member in good standing

of the highest court of the state of <u>New York</u>, where my principal practice is located, but am not admitted to the South Dakota Bar. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Brenda Wright |
| Primary E-mail Address: | bwright@demos.org |
| Other E-mail Address to be notified: | pcataldo@demos.org |
| | |
| Telephone Number: | (646) 948-1621 |
| Fax Number: | |
| Firm Name: | Demos |
| Firm Address: | 80 Broad Street |
| | Fourth floor |
| | New York, NY 10004 |
| Bar Admission Number: | NY SBN 1863240 |

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov

- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.

- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

_8/28/20_  _Brenda Wright_  _Brenda [signature]_
Date         Type/Print Name         Signature