# THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| ROSEBUD SIOUX TRIBE ET AL.  )  <br>  )  <br> Plaintiffs,  )  <br>  )  <br> v.  )  <br>  )  <br> STEVE BARNETT ET AL.  )  <br>  )  <br>  )  <br> Defendants.  )  <br>  ) | CIV 20-05058  <br><br> MOTION FOR ADMISSION  <br> PRO HAC VICE |

### Statement of Movant

I, Terry Pechota, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice who will be counsel for the Plaintiffs in the case listed above. I have confirmed that Kim Gottschalk is a member in good standing of the U.S. District Court for the District of New Mexico. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice.

Date: 10-06-2020            Signature:     /s/ Terry L. Pechota

### Statement of Proposed Admitee

I, Kim Gottschalk, am currently a member in good standing of the U.S. District Court for the District of New Mexico.  I am also a member in good standing of the highest court of the state of New Mexico, but am not admitted to the South Dakota Bar.  I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in

this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| First/Middle/Last Name: | Kim Jerome Gottschalk |
| --- | --- |
| Primary E-mail Address: | jeronimo@narf.org |
| Other E-mail Address to be notified: | nkeller@narf.org |
| Telephone Number: | (303) 447-8760 |
| Fax Number: | (303) 443-7776 |
| Firm Name: | Native American Rights Fund |
| Firm Address: | 1506 Broadway, Boulder, CO 80302 |
| Bar Admission Number: | NM # 3799 |

I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov.

I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

Date: 9/2/20                                    Signature:        *Kim Gottschalk*
                                                                 Kim Gottschalk

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2020, I filed the above document with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ Terry L. Pechota