UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE and their members, OGALALA SIOUX TRIBE and their members, LAKOTA PEOPLE'S LAW PROJECT, Kimberly Dillon, and Hoksila White Mountain,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN, in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety,<br><br>Defendants. | Case No. 5:20-cv-05058-LLP<br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

**Statement of Movant**

I, Terry Pechota, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Samantha B. Kelty, who will be counsel for the Plaintiffs in the case listed above. I have confirmed that Samantha B. Kelty is a member in

1

good standing of the U.S. District Court for the District of Arizona. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice.

Date: July 8, 2021     Signature: _____
                                 Terry Pechota

## Statement of Proposed Admitee

I, Samantha B. Kelty, am currently a member in good standing of the U.S. District Court for the District of Arizona. I am also a member in good standing of the highest courts of the states of Arizona and Texas, as well as the Ninth Circuit Court of Appeals and United States Supreme Court, but am not admitted to the South Dakota Bar. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Samantha Blencke Kelty |
| Primary E-mail Address: | kelty@narf.org |
| Other E-mail Address to be notified: | sdjacket@narf.org |
| Telephone Number: | (202) 785-4166 |
| Fax Number: | (202) 822-0068 |
| Firm Name: | Native American Rights Fund |
| Firm Address: | 1514 P St, NW, Suite D, Washington, D.C. 20005 |
| Bar Admission Numbers: | AZ# 024110 TX#24085074 |

I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov.

I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

Date: July 8, 2021            Signature:  _____
                                          Samantha Kelty

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2021, I filed the above document with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ *Terry L. Pechota*
Terry L. Pechota