THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE ET AL.<br><br>　　Plaintiffs,<br><br>v.<br><br>STEVE BARNETT ET AL.<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV: 5:20-CV-5058<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

**Statement of Movant**

I, Terry Pechota, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Adam Lioz, who will be counsel for the Plaintiffs in the case listed above. I have confirmed that Adam Lioz is a member in good standing of the U.S. District Court for the District of Columbia. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice.

Date: 7-27-21　　　　　　　　　　　Signature: _____

**Statement of Proposed Admittee**

I, Adam Lioz, am currently a member in good standing of the U.S. District Court for the District of Columbia and the District of Columbia Bar, and I am an inactive member of the Pennsylvania Bar, but am not admitted to the South Dakota Bar. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

1

| First/Middle/Last Name: | Adam Lioz |
|---|---|
| Primary E-mail Address: | alioz@demos.org |
| Other E-mail Address to be notified: | pcataldo@demos.org |
| Telephone Number: | (202) 251-8519 |
| Firm Name: | Demos |
| Firm Address: | 740 6th Street NW, Second Floor, Washington, DC 20001 |
| Bar Admission Number: | DC: 1023593<br><br>PA: 312654 |

I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov.

I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

Date: 7/22/21                              Signature: _____
                                                          Adam Lioz

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2021, I filed the above document with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

_____