UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

*****************************************************************

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE, and their members; and OGLALA SIOUX TRIBE, and their members, | * * * * * | CIV 20-5058 |
| Plaintiffs, | * * | |
| vs. | * * | |
| | * | ORDER |
| STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN; in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety, | * * * * * * * * * * * * * * * | |
| Defendants. | * * | |

*****************************************************************

Terry Pechota moves to allow nonresident attorney Adam Lioz to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing,

IT IS ORDERED that Adam Lioz:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

Dated this 28th day of July, 2021.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK

/s/ Matthew Thelen
_____