UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE and their members, OGALALA SIOUX TRIBE and their members, and FOUR DIRECTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN, in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 5:20-cv-5058 <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Grant Flynn, Assistant Attorney General for the State of South Dakota, hereby withdraws his appearance as one of the counsels for the Defendants in the above referenced case. The Defendants will continue to be represented by Assistant Attorney General Clifton E. Katz, who has previously filed a Notice of Appearance in this case and who will serve as counsel of record for the Defendants in the pending action.

[*signature on following page*]

Dated this 2nd day of August, 2021.

/s/ Grant Flynn
Grant Flynn
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
grant.flynn@state.sd.us