UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| ROSEBUD SIOUX TRIBE and their members, OGALALA SIOUX TRIBE and their members, LAKOTA PEOPLE'S LAW PROJECT, Kimberly Dillon, and Hoksila White Mountain,<br><br>        Plaintiffs,<br><br>vs.<br><br>STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN, in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety,<br><br>        Defendants | 5:20-cv-5058<br><br>**QTFGT"** |

---

    Pending before the Court is Plaintiffs' Motion to Amend Complaint (Doc. 37) with the Proposed Amended Complaint attached. No objection has been filed by the Defendants.

Accordingly, IT IS ORDERED that Plaintiffs' Motion to Amend Complaint is granted.

Dated this \_\_4th\_\_ day of August, 2021.

BY THE COURT:

*Lawrence Piersol* (signature)

Lawrence L. Piersol

United States District Judge

ATTEST:

MATTHEW W. THELEN, CLERK

*Matthew Thelen* (signature)