

# Voter Registration

## You Play a Critical Role in the Voter Registration Process



# History

- **Why does Driver's Licensing perform voter registration?**
  - National Voter Registration Act
    - Signed in 1993 by President Clinton
    - Also known as The Motor Voter Act
  - This legislation required state governments to allow for registration when a qualifying voter applied for or renewed their driver's license or applied for social services.
  - The DLVR program was first used in 2006 in South Dakota.





# SOUTH DAKOTA DRIVER LICENSE / I.D. CARD APPLICATION

*(Print in Black Ink)*

DRIVER LICENSE NUMBER: _____  SOCIAL SECURITY NUMBER: ☐☐☐-☐☐-☐☐☐☐

NAME: _____  _____  _____
FIRST  MIDDLE  LAST

Only one:  ☐ Male  ☐ Female  DATE OF BIRTH: ____ / ____ / ____
Month  Day  Year

RESIDENTIAL ADDRESS: _____  _____  _____
CITY  STATE  ZIP CODE

MAILING ADDRESS: _____  _____  _____
CITY  STATE  ZIP CODE

HEIGHT: ____ FT ____ IN  WEIGHT: _____  EYE COLOR: _____  COUNTY: _____  DAYTIME PHONE NUMBER: _____

EMAIL ADDRESS: _____

I AM APPLYING FOR:  ☐ DRIVER LICENSE  ☐ INSTRUCTION PERMIT  ☐ IDENTIFICATION CARD

DRIVER LICENSE CLASS:
☐ Car/Light Truck/Moped/Motorcycle:  ☐ Motorcycle Only:  ☐ Commercial Driver License:
☐ Class 1  ☐ Class 2  ☐ Class 3  ☐ COL (Complete Section A items & Section C on page 2)

## SECTION A: ALL APPLICANTS

1. ☐ YES __ ☐ NO __ Do you have a Living Will and want it to be indicated on your license?
2. ☐ YES __ ☐ NO __ Do you have Durable Power of Attorney for Health and want it to be indicated on your license?
3. ☐ YES __ ☐ NO __ Are you currently behind in child support payments of $1,000 or more?
4. ☐ YES __ ☐ NO __ Are you currently licensed to drive in another state/country?
   If YES, in what state or country? _____
5. ☐ YES __ ☐ NO __ Do you currently have an Identification Card issued in any other state/country?  LICENSE #: _____
   If YES, in what state/country? _____  ID #: _____
6. ☐ YES __ ☐ NO __ Do you currently, or have you ever had your right to drive suspended, revoked, cancelled, disqualified or denied?
   If YES, where? _____  Reason? _____
7. ☐ YES __ ☐ NO __ Have you, in the past twelve months, experienced any fainting or dizzy spells, periods of other convulsions, seizures, or blackouts? If YES, the date of the last episode: _____
8. ☐ YES __ ☐ NO __ Are you currently on active duty, or the dependent of a person on active duty, in the U.S. Armed Forces? (Must show ID)
9. ☐ YES __ ☐ NO __ Have you ever been known by any other name, including maiden name? If YES, what name(s)? _____
10. ☐ YES __ ☐ NO __ Are you a United States citizen? (If no, you must show documents proving lawful status.)
11. ☐ YES __ ☐ NO __ Would you like your Veteran indicated on your license? (Must provide Honorable Discharge papers or Military DD Form 214, DD Form 2 (retired), DD Form 2A (reserve retired), or certificate signed by Veterans service officer.)

☐ In the event of my death, I would like to be an organ/tissue donor.
☐ To remove an existing donor indicator on your card write "remove" here and initial. _____

## VOTER REGISTRATION

☐ YES __ ☐ NO __ If you are not currently registered to vote, do you want to register to vote?
☐ YES __ ☐ NO __ If you are currently registered to vote, do you want to update your registration (change you name, address, or party affiliation)?

Please complete the areas of this section that pertain to you only. If you are registering to vote or updating your current voter registration.

Choice of party:  If you leave the choice of party as blank, you will be entered in as an independent/no party affiliation voter.
which is not a political party in South Dakota.  ☐ I have not been judged mentally incompetent.
I declare, under penalty of perjury (1 year imprisonment and a $1,000 fine), that:  ☐ I am currently not serving a sentence, on probation, or on parole for a felony conviction, and
- I am a citizen of the United States of America.  ☐ I authorize cancellation of my previous registration.
- I will be at least 18 years old before the next election.  ☐ I authorize cancellation of my previous registration.
- I live at the address shown.

Printed Name: _____  City/Town: _____  Middle: _____

I wish to be registered as shown. I was last registered with the following name and address which will be cancelled:
Last: _____  First: _____  Middle: _____

Previous Address: _____  City/Town: _____  State: _____  Zip: _____

☐ Party  Date of Birth: __ / __ / __

*These deadlines for registration is 15 days before any election. If you move, you are not required to register in your new precinct. If you do not, you can use that former name/identification card number.*

## SECTION B: LOST LICENSE/IDENTIFICATION CARD CERTIFICATION

If you are applying for a duplicate, renewal or transfer of your driver license or identification card, and how can that driver license/identification card issued to you, complete this section.

I have lost or destroyed the last driver license or identification card issued to me by the state of _____ and is not now in my possession. I fully realize that by making this statement, and I am not aware of any South Dakota driver license or identification card that is not valid and may not be used for operating a motor vehicle or for identification purposes.

I UNDERSTAND that I, as an operator of a motor vehicle in this State, have consented to the withdrawal of my blood or other bodily substance in accordance with SDCL 32-23-10, which requires me to submit to the withdrawal of my blood or other bodily substances for the purpose of being analyzed for a violation of SDCL 32-23-1. I declare and affirm under the penalties of perjury that the above statements are true and correct in the best of my knowledge and belief. It is a crime, punishable by imprisonment in the State Penitentiary, to make a false statement or concealment of any material facts subjects any license issued to immediate cancellation. I consent to the removal of my proving recent information.

I certify that, if required by law, I have already registered with the Selective Service, or if I have not registered I am consenting to registration as required by the Federal law. I authorize the Department of Public Safety to forward my personal information required for such registration to the U.S. Selective Service System pursuant to SDCL 32-12-57.12 and SDCL 32-12A-7.1.

I understand that all driver's license or identification card in the state of South Dakota, any driver's license or identification card previously issued by another state will be cancelled.

SIGNATURE: _____  DATE OF APPLICATION: _____

*Your signature here applies to the entire application*





# VOTER REGISTRATION

Information provided on this voter registration application will be forwarded to your county auditor.

**Please complete the areas of this section that pertain to you _ONLY_ if you are registering to vote or updating your current voter registration.**

If residence address is a post office box, rural box, or general delivery, you must give the location of your residence: _____

YES _____ NO _____ **If you are not currently registered to vote, do you want to register to vote?**

YES _____ NO _____ **If you are currently registered to vote, do you want to update your registration (change you name, address, or party affiliation)?**

Choice of party _____ If you leave this choice of party as blank, you will be entered in as an independent/no party affiliation voter, which is not a political party in South Dakota.

I declare, under penalty of perjury (2 years imprisonment and $4,000 fine), that:

* I am a citizen of the United States of America.
* I actually live at and have no present intention of leaving the above address;
* I will be 18 on or before the next election;

* I have not been judged mentally incompetent;
* I am not currently serving a sentence for a felony conviction; and
* I authorize cancellation of my previous registration.

I wish to be registered as shown above. I was **last** registered with the following name and address which will be cancelled:

| Last | First | Middle | Circle One: Jr Sr II III IV |
|---|---|---|---|

| Previous Address | City/Town | State | Zip |
|---|---|---|---|

| County | | | |
|---|---|---|---|

**The deadline for registration is 15 days before any election.**

Within 15 days you will receive a notice of your registration. If you do not, contact your county auditor.

**Auditor use only: Agency Code A – Driver Licensing**





# Requirements to Register to Vote

- Citizen of the United States of America;
- Must be 18 years old on or before the next election;
- Have not been judged mentally incompetent;
- Have not been convicted of a felony sentence.
  - A person convicted of a felony can register to vote in SD after the completion of the entire sentence, including probation & parole.

# Required Information

- South Dakota Driver's License number is required

- The last four digits of their Social Security Number can only be used if they do not have a South Dakota Driver's License.

- If they do not have a SD Driver's License or a SSN, they can only register to vote in the county auditor's office.



# Other Required Information

- First and last name
- Residence address – if no physical residence address they need to provide a description
- Date of birth
- Signature
- Choice of party (we encourage the individual to fill this section out, however if left blank it should be entered as IND/NPA)
- Telephone number (optional)



# PMB – Private Mail Box

- A physical residential address is required to register to vote in South Dakota

- The mailing address may be out of state, or a PMB

- If the PMB is listed as the residential address, please let the voter know they cannot list a PMB address as their physical address

- You do not make the determination if a person is qualified to register to vote





# Bordering State Addresses

- Make sure they list a physical residence address in South Dakota

- May have an out of state mailing address





# Recognized Political Parties in SD

- Recognized political party designations:
  - DEM: Democrat, Democratic, D, DEM, DFL
  - REP: Republican, R, RP, Rep, GOP
  - Constitution: CON, Constitutional, Const.
  - Libertarian: LIB



# Unofficial Party Political Parties

- Unofficial party designations:

- Individuals can also list a non-recognized political party:

  ○ Americans Elect, AME, Americans

  ○ Conservative

  ○ Liberal

  ○ Green Party

  ○ Tea Party

  ○ Or any other party name

- They can also register to vote with **no party affiliation:**

  ○ IND: Independent, I, Ind

  ○ NPA: No Party Affiliation, no party, no choice, none, non-partisan, line crossed off, or the field is blank

  ○ South Dakota does not have an Independent Party

  ○ If an individual leaves this line blank, please enter NPA or No Party Affiliation into the DLVR system





# Ensure Accuracy

- Voter's address is linked to a specific jurisdiction.

- Every voter has two or more of the following jurisdictions:
  - State House
  - State Senate
  - Municipal
  - School District





# Ensure Accuracy

- Voters can also have the following:
  - Ambulance District
  - County Commissioner District
  - Municipal Ward
  - Sanitary District
  - School Board Representation Area
  - Water District
  - Road District
  - Fire District
  - Consumer Power District
  - Other special districts





# Ensure Accuracy

- Each of these previous districts can have an election.

- Not entering the information correctly can cause someone to be linked to the incorrect jurisdiction.

- Resulting in not being eligible to vote in their election.



# Ensure Accuracy

- The county auditor receives the voter registration information from Driver's Licensing by an electronic data feed.

- What is entered by Driver's Licensing is what the county auditor receives.

- The county auditor may not catch a mistake if you enter the information incorrectly.

# Example

- John Smith registered to vote at his local driver's license exam station prior to the VR deadline.

  ○ He lives at 123 Main St. in Pierre, SD, but the person entering his voter registration information enters 1123 Main St.

  ○ 123 Main St. is in Ward 1.

  ○ 1123 Main St. is in Ward 2.

  ○ Ward 1 is having an election and John Smith shows up at the polling location. He would not be on the voter registration list because he is linked to Ward 2 because he was entered in as 1123 Main St.



# Verification of DLVR On Election Day

- Someone shows up at the polling location to vote and their name is not on the registration list. Person insists that they registered to vote at the Driver's Licensing Exam Station.
  - Pollworker calls county auditor.
  - County auditor contacts the Secretary of State's office.
  - Secretary of State's office contacts Driver's Licensing.
  - Driver's Licensing retrieves the original Driver's License application and forwards the original application to the Secretary of State's office.
  - Secretary of State's office receives original application from Driver's Licensing and contacts the county auditor.
  - County auditor contacts pollworker.
  - Person is allowed to vote if the person did in fact check "Yes" on the original application.



# Example

- Sample application where the voter check "Yes" to register to vote, but it was crossed out and the applicant marked "No" instead.

## VOTER REGISTRATION

YES ___ NO ~~[X]~~   If you are not currently registered to vote, do you want to register to vote?

YES ___ NO [X]   If you are currently registered to vote, do you want to update your registration (change your name, address, or party affiliation)?

Information provided on this voter registration application will be forwarded to your county auditor.

Please complete the areas of this section that pertain to you ONLY. If you are registering to vote or updating your current voter registration.

If residence address is a post office box, rural box, or general delivery, you must give the location of your residence: __1234 W.__

Pleasant Pierre SD 57501

Choice of party: __Please ant Pierre__.   If you leave this choice of party as blank, you will be entered in as an Independent/no party affiliation voter, which is not a political party in South Dakota.

I declare, under penalty of perjury (2 years imprisonment and $4,000 fine), that:

- I am a citizen of the United States of America;
- I actually live at and have no present intention of leaving the above address;
- •

- I have not been judged mentally incompetent;
- I am not currently serving a sentence for a felony conviction; and
- I authorize cancellation of my previous registration.

- I will be 18 on or before the next election;

I wish to be registered as shown above. I was last registered with the following name and address which will be cancelled:

| Last | First | Middle | Circle One: Jr. Sr II III IV |
|---|---|---|---|

| Previous Address | City/Town | State | Zip |
|---|---|---|---|

| County | | | |

Within 15 days you will receive a notice of your registration. If you do not, contact your county auditor.

**The deadline for registration is 15 days before any election.**

Auditor use only: Agency Code A – Driver Licensing

SIGNATURE: _____   DATE OF APPLICATION _____

Your signature here applies to the entire application

# Examples

- If an applicant checks one of the boxes and wishes to change that decision, the applicant must circle the correct choice (Yes or No) and initial the change next to the desired choice.



## VOTER REGISTRATION

YES ☒ NO ☒  If you are not currently registered to vote, do you want to register to vote?

YES ☐ NO ☐  If you are currently registered to vote, do you want to update your registration (change your name, address, or party affiliation)?

Information provided on this voter registration application will be forwarded to your county auditor.

**Please complete the areas** of this section that pertain to you ONLY. If you are **registering** to vote or updating your current voter registration. If residence address is a post office box, rural box, or general delivery, you must give the location of your residence:

Choice of party: _____  If you leave this choice of party as blank, you will be entered in as an independent/no party affiliation voter, which is not a political party in South Dakota.

I declare, under penalty of perjury (2 years imprisonment and $4,000 fine), that:
- I am a citizen of the United States of America;                              • I have not been judged mentally incompetent;
- I actually live at and have no present intention of leaving      • I am not currently serving a sentence for a felony conviction; and
  the above address;                                                                          • I authorize cancellation of my previous registration.
- I will be 18 on or before the next election;

I wish to be registered as shown above.  I was **last** registered with the following name and address which will be cancelled:

| Last | First | City/Town | State | Circle One: Jr. Sr. II III IV |
|------|-------|-----------|-------|-------------------------------|
| Previous Address | | City/Town | State | Zip |
| County | | | | |

*The deadline for registration is 15 days before any election.*
*Within 15 days you will receive a notice of your registration. If you do not, contact your county auditor.*

Auditor use only: Agency Code A – Driver Licensing

SIGNATURE: _____     DATE OF APPLICATION _____

*Your signature here applies to the entire application*

# Other Issues

- Last name entered in as first name.
- First name entered in as middle name.
- Middle name entered in as last name.
- Political party entered incorrectly.
  - Ask – Do you want to leave this blank?
- County name entered incorrectly.
- Date of Birth entered incorrectly.



# Percentage of Electorate Registered

- SD Population Estimate (7/1/16) – 865,454

- Voting age population (7/1/16) – 649,091

- Registered Voters (1/19/17) – 597,152

- South Dakotan's serving a felony sentence (not eligible to register) ≈ 6,500

- South Dakotan's Not Registered ≈ 45,439





# DL Voter Registration #'s

- 2010 — 20,399
- 2011 — 22,228
- 2012 — 26,038
- 2013 — 23,506
- 2014 — 27,689
- 2015 — 33,359
- 2016 — 39,012





QUESTIONS?