THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE and their members, OGLALA SIOUX TRIBE and their members, LAKOTA PEOPLE'S LAW PROJECT, Kimberly Dillon, and Hoksila White Mountain, <br><br> *Plaintiffs,* <br><br> v. <br><br> STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN, in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety, <br><br> *Defendants.* | Case No. 5:20-cv-05058-LLP <br><br><br> **JOINT MOTION TO REVISE RULE 16 SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

1

## JOINT MOTION TO REVISE THE RULE 16 SCHEDULING ORDER TO EXTEND CERTAIN DEADLINES

Plaintiffs and Defendants hereby jointly move to revise the February 23, 2021 Rule 16 Scheduling Order (ECF #32) to extend the close of discovery and the deadlines for dispositive motions and responses by thirty (30) days each. Specifically, the parties request the following amendments:

- Discovery shall be complete October 15, 2021, shifted from September 15, 2021;

- Motions other than motions in limine shall be filed by December 1, 2021, shifted from November 1, 2021;

- Answering materials shall be filed by December 24, 2021, shifted from November 24, 2021;

- Reply briefs shall be filed by January 10, 2021 (as January 9 is a Sunday), shifted from December 10, 2021; and

- The remaining deadlines, starting with the June 6, 2022 deadline for witness and exhibit lists, shall remain the same.

The parties seek this extension primarily because a changeover in lead attorney staff in the Office of the Attorney General combined with technological challenges have prevented Defendants from turning over certain responsive documents in time for Plaintiffs to complete their depositions by the current September 15, 2021 close of discovery.

Dated the 12 day of August, 2021.

_____
Clifton Katz
Office of the Attorney General

_____
Terry Pechota
Pechota Law Office

2

<div style="columns:2">

1302 East Highway 14, Suite 1
Pierra, SD 57501
Telephone: (605) 773-3215
Clifton.Katz@state.sd.us

*Counsel for Defendants*

1617 Sheridan Lake Road
Rapid City, SD 57702
Telephone: (605) 341-4400
tpechota@1868treaty.com

JACQUELINE DE LEON*
KIM GOTTSCHALK*
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
(303) 447-8760
jdeleon@narf.org
jeronimo@narf.org

SAMANTHA KELTY*
NATIVE AMERICAN RIGHTS FUND
1514 P St, NW, Suite D
Washington, D.C. 20005
(202) 785-4166
kelty@narf.org

BRENDA WRIGHT*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 633-1405
bwright@demos.org

ADAM LIOZ*
DEMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
(202) 251-8519
alioz@demos.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Steve Barnett
Secretary of State
Capitol Building
500 East Capitol Avenue, suite 204
Pierre, SD 57501-5070

Laurie Gill
Cabinet Secretary
700 Governors Drive
Pierre, SD 57501

Marcia Hultman
Cabinet Secretary
Department of Labor and Regulation
123 W. Missouri Avenue
Pierre, SD 57501-0405

Craig Price
Cabinet Secretary
Department of Public Safety
118 W Capitol Avenue
Pierre, SD 57501

_____