# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIV: 5:20-CV-05058-LLP |
| v. | ) | |
| | ) | **NOTICE OF CHANGE OF** |
| STEVE BARNETT *et al*., | ) | **FIRM NAME** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TO:   The Clerk of Court and All Parties**

Please take notice that the firm name for Plaintiffs' attorney Joseph Wardenski has

changed from Joseph J. Wardenski, Attorney at Law, to Wardenski P.C.  His mailing address,

telephone number, and email address have not changed.  Accordingly, Mr. Wardenski's current

contact information is as follows:

> Joseph J. Wardenski
> WARDENSKI P.C.
> 195 Plymouth Street, Suite 510
> Brooklyn, NY 11201
> (917) 426-3541
> joe@wardenskilaw.com

Please update your records accordingly.


DATED: September 21, 2021


*/s/  Terry L. Pechota*
Terry Pechota
PECHOTA LAW OFFICE
1617 Sheridan Lake Road
Rapid City, SD 57702
Telephone: (605) 341-4400
tpechota@1868treaty.com

Jacqueline De Leon*
Kim Gottschalk*
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
(303) 447-8760
jdeleon@narf.org

jeronimo@narf.org

Samantha Kelty*
NATIVE AMERICAN RIGHTS FUND
1514 P St., NW, Suite D
Washington, D.C. 20005
(202) 785-4166
kelty@narf.org

Brenda Wright*

DEMOS

80 Broad Street, 4th Floor

New York, NY 10004

(212) 633-1405

bwright@demos.org

Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street, Suite 510
Brooklyn, NY 11201
(917) 426-3541
joe@wardenskilaw.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2021, I filed the above document with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/  Terry L. Pechota*

3