UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIV: 5:20-CV-05058-LLP |
| v. | ) | |
| | ) | **MOTION TO WITHDRAW** |
| STEVE BARNETT *et al.*, | ) | **ADAM LIOZ AS COUNSEL FOR** |
| | ) | **PLAINTIFFS** |
| Defendants. | ) | |
| | ) | |

Under Local Rule 83.7, Plaintiffs respectfully move to withdraw Adam Lioz as counsel for Plaintiffs because Mr. Lioz left the employment of Demos on September 6, 2021. Mr. Lioz provided notice to Plaintiffs of his withdrawal. Plaintiffs will continue to be represented by the undersigned attorneys at the Native American Rights Fund, Demos, and Wardenski P.C., and Mr. Lioz's withdrawal will cause no disruption to this litigation or prejudice any party.

DATED: September 21, 2021          Respectfully submitted,

                                                   */s/ Terry Pechota*
                                                   Terry Pechota
                                                   PECHOTA LAW OFFICE
                                                   1617 Sheridan Lake Road
                                                   Rapid City, SD 57702
                                                   Telephone: (605) 341-4400
                                                   tpechota@1868treaty.com

Jacqueline De Leon*
Kim Gottschalk*
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
(303) 447-8760
jdeleon@narf.org
jeronimo@narf.org

Samantha Kelty*
NATIVE AMERICAN RIGHTS FUND
1514 P St., NW, Suite D
Washington, D.C. 20005
(202) 785-4166
kelty@narf.org

Brenda Wright*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 633-1405
bwright@demos.org

Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street, Suite 510
Brooklyn, NY 11201
(917) 426-3541
joe@wardenskilaw.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2021, I filed the above document with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Terry Pechota*
