**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

ROSEBUD SIOUX TRIBE *et al*.,                    )
                                                )
                    Plaintiffs,                 )
                                                )        CIV: 5:20-CV-05058-LLP
v.                                              )
                                                )
STEVE BARNETT *et al*.,                         )
                                                )
                    Defendants.                 )
                                                )

**JOINT MOTION TO EXTEND MOTION AND BRIEFING DEADLINES**

Plaintiffs Rosebud Sioux Tribe *et al.* and Defendants Steve Barnett *et al.* (collectively,

the "Parties") jointly move the Court for a 21-day extension of time to file all motions, other than

motions in limine, and supporting briefs, from January 19, 2022, to February 9, 2022. On

January 5, 2022, Magistrate Judge Wollmann set a mediation conference in this case for January

25, 2022. *See* Order Scheduling Settlement Conference [ECF No. 68]. The Parties seek the

requested extension to focus on preparing for that mediation and to allow the Parties to assess the

prospect for settlement before filing any dispositive motions. The Parties further move the Court

to extend the opposition and reply brief deadlines set forth in the Fourth Amended Scheduling

Order [ECF No. 67] by 21 days each.

The Parties wish to keep the existing July 12, 2022, trial date and related pretrial

deadlines. If the extensions requested in this Motion necessitate a change to the trial date, the

Parties request a telephonic status conference with the Court to discuss alternative briefing

deadlines that would enable the trial to proceed as scheduled.

DATED: January 6th, 2022

_____
Clifton Katz
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
Clifton.Katz@state.sd.us

*Counsel for Defendants*

Respectfully submitted,

_____
Terry Pechota
PECHOTA LAW OFFICE
1617 Sheridan Lake Road
Rapid City, SD 57702
Telephone: (605) 341-4400
tpechota@1868treaty.com

Jacqueline De Leon*
Kim Gottschalk*
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
(303) 447-8760
jdeleon@narf.org
jeronimo@narf.org

Samantha Kelty*
NATIVE AMERICAN RIGHTS FUND
1514 P St., NW, Suite D
Washington, D.C. 20005
(202) 785-4166
kelty@narf.org

Brenda Wright*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 633-1405
bwright@demos.org

Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street, Suite 510
Brooklyn, NY 11201
(347) 913-3311
joe@wardenskilaw.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6ᵗʰ day of January, 2022, I filed the foregoing Joint Motion to Extend Motion Deadlines with the Court's CM/ECF system, which provided notice of this filing by email to all counsel of record.

Terry Pechota