UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEVE BARNETT *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 5:20-cv-05058-LLP |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Page Limit Expansion. Having considered the Motion and for good cause shown, it is ORDERED that the Motion is GRANTED. Plaintiffs may file a memorandum of law in support of their anticipated motion for summary judgment of up to 35 pages.

It is SO ORDERED.

Dated this 9th day of February, 2022.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*/s/ Matthew Thelen*