Exhibit 8B

FEBRUARY 9, 2022

# Oglala Lakota County, South Dakota

Home    About    Directory    Commission    Employment    Quick Links    Fall River Co.



The county is entirely within the Pine Ridge Indian Reservation and contains part of Badlands National Park. It is an alcohol prohibition or dry county; taxes on alcohol consumed within the county go to other counties.

Oglala Lakota County is one of two counties in South Dakota that does not have its own county seat (Todd County is the other). Hot Springs in neighboring Fall River County serves as its administrative center. It is also one of five South Dakota counties that are entirely on an Indian reservation. (The others are Corson, Dewey, Todd, and Ziebach.) [Article: Why Does a Reservation County also have a County Government?]

Oglala Lakota County was renamed in May of 2015, originally it had been named Shannon County. Until 1982 Oglala Lakota and Washabaugh County, South Dakota, were the last unorganized counties in the United States. Although it was organized and received a home rule charter that year, Oglala Lakota County, as noted above, contracts with Fall River County for its Auditor, Treasurer, Director of Equalization, State's Attorney and Registrar of Deeds.

### Quick Links

Property Tax 101
Treasurer
    Real Estate Taxes
    Tax Lookup – online
Director of Equalization
    Assessment Appeals
    Property Assessment
    Tax Assistance Programs



---



### COVID-19 testing
Available places for testing include, but may not be all-inclusive: Kyle – Lakota Trade Center, Community Health Clinic; Pine Ridge – Community Health Clinic, use Hwy 18/airport access.

### County Offices Closed
The Oglala Lakota & Fall River County Courthouse in Hot Springs is closed for the remainder of today, January 24th 2022, due to a water main break. Offices will reopen tomorrow if water service is restored.



### Courthouse Closed – New Years
The Fall River & Oglala Lakota County Courthouse in Hot Springs will be closed on Friday, December 31st in observance of New Years Day. Regular hours will resume on Monday, January 3rd. Happy New Year!

### Courthouse Holiday Hours

### Upcoming Events

### Website Survey

Where did you hear about this website? *

Search Engine

What were your reasons for looking at our site? *

☐ General Information
☐ Specific Information
☐ Curiosity
☐ Other

Did you find what you were looking for? *

☐ Yes
☐ No
☐ Maybe

Submit

2/9/22, 12:13 PM                                             Oglala Lakota County, South Dakota -



The Fall River & Oglala Lakota County Courthouse will close at Noon on Thursday, Dec. 23rd and remain closed on Friday, Dec. 24th in observance of Christmas. All offices will resume regular business hours on Monday, Dec. 27th.

Return to top of page

Exhibit 8B                                                                                                                     Exhibit page 3

| Home | About | SD Counties | Education | Associate Members | News & Events | Contact | Links | Services |

SD Electronic Recording Commission    Surplus Equipment

### SD Association of County Officials

Founded in the 1950's and Incorporated in 1991, the South Dakota Association of County Officials is geared toward promoting the general welfare of county officials and to establish more uniform methods of procedure in those county offices. Our goal is to serve in an advisory capacity to the Legislature on matters of county administration and procedure.





SD Counties
Like Page    217 likes

### SDACO Continuing Education Certification Portal





### History of South Dakota County Government

South Dakota is divided into sixty-six counties which range in population from 124,000 in Minnehaha to 1,300 people in Jones County. Most of the current county boundaries were originally established in the middle and latter part of the nineteenth century, and some in the early part of the twentieth century. At one time, South Dakota consisted of many more counties than the present day sixty-six. But, as transportation improved in South Dakota it became easier to travel to the county seat and the population shifted.

### History of the South Dakota Association of County Officials

The South Dakota Association of County Officials (SDACO) is the professional association of Auditors, Treasurers, and Registers of Deeds for all 66 South Dakota counties. The mission of SDACO is to promote effective and efficient county government for the citizens of South Dakota. Founded in the 1950's, and incorporated in 1991, SDACO works to ensure excellence in service and uniform procedures by the state's elected county officials

### SD Association of County Officials Policy Statement

### Services Offered by the SD Association of County Officials

We advise the South Dakota Legislature on matters relating to county administration and procedure.

We hold multiple annual training sessions bringing State officers and technical experts into direct

### Join SD Association of County Officials as an Associate Member!

Benefits of Associate Membership include:

A listing in and subscription to our newsletter, *County Comment*.

A listing and link on our website

2/9/22, 12:14 PM                                   South Dakota Association of County Officials -



1. We believe we must always be fair and courteous to everyone who seeks the services of our offices.
2. We will continue to take pride in our work and will always strive to do better and make improvements.
3. County officials believe in employing the most qualified people for their positions, regardless of age, race, color, sex, religion, or political affiliation, and recognize that discrimination is a problem that should be dealt with.
4. We strongly urge each county to make every effort to comply with the provisions of the Americans with Disabilities Act (ADA), which provides access to county services and employment opportunities to all South Dakotans.



dialogue with county officials, for cutting-edge professional expertise.

We help to inform the public about County services.

With these training and communication services South Dakota Association of County Officials helps ensure the successful management of county government in South Dakota!



A free copy of our bi-annual County Directory, which includes contact information and pictures for SDACO members

Free registration to Spring Workshop

5% off Advertising in the *County Comment*

Your company name included on the Associate Member Banner to be located at all SDACO events

RETURN TO TOP OF PAGE

Exhibit 8B                                                                                                                              Exhibit page 5

FEBRUARY 9, 2022

# ll River County, South Dakota

906 N. River Street, Hot Springs, SD 57747

Home    Online Map    Directory    Commission    Law & Court    Employment (6)    Contact    Oglala Lakota Co.

AGRICULTURAL LAND ASSESSMENT    AG SOIL ADJUSTMENTS    RIPARIAN BUFFER TAX INCENTIVE

## Auditors & Welfare Office

**Service:**

Election Information

Mill Levy Sheet 2020 (taxes payable 2021)
Mill Levy Sheet 2021 (taxes payable 2022)
Mill Levy Sheet Archive

2021 Report – Taxes, Taxable Value, Mill Levies
2022 Report – Taxes, Taxable Value, Mill Levies

Audit Reports

County Poor Relief Guidelines 2017

**Mission:**

The Auditor's Office is responsible for auditing all accounts and maintaining all financial records in and for Fall River County. This includes processing payroll, preparing the annual budget, establishing levies and apportioning of all tax collections. Monthly audits of all cash and cash items in the hands of the County Treasurer and a verification of bank account balances are performed. Annual Financial Reports are prepared indicating the receipts and expenditures, liabilities and equity, and assets of the County.

The Auditor is the clerk for the Board of County Commissioners and keeps an accurate record of their official proceedings including the Board of Equalization hearings. The Auditor preserves all documents, books, and records as required by law.

The Auditor performs all the duties required by law relative to all County, State and Federal elections held in the County. The Auditor also maintains all records of voter registration and election history.

**Auditor's Office:**
906 N. River St.
Hot Springs, SD 57747
(605) 745-5130
auditor@frcounty.org
sue.ganje@state.sd.us

**County Auditor:** Sue Ganje
**Financial Deputy:** Stacy Schmidt
**Elections Supervisor:** Bobbie Janis
**Payroll & Payable Deputy:** Julie Tomlinson
**Administrative Assistant**: Aaron Eberle

### Tax Information

Treasurer
Real Estate Tax Payment Information
Tax – Online Lookup
Mill Levy Sheet 2021

South Annex Building Schedule



### News – Fire Danger

**Black Hills:**

Fire Danger – Moderate

Burn permits required

**Grasslands:**

Fire Danger – Moderate

County Fire Ban in effect when danger is High, Very High, or Extreme

(See County Fire Ban Link Below)

Great Plains Current Fire Danger Link

Updated: 12/28/21

Exhibit 8B                                                                                                                              Exhibit page 6

[CodeRED logo]

County Fire Ban
National Grassland Fire Ban

**Upcoming Events**

Fall River County Contact List
Contact List

National Association of Counties
http://www.naco.org/

**Website Survey**

Where did you hear about our website?  *

○ Search Engine
○ Newspaper
○ Friend
○ Other

What information were you looking for on this website?  *

○ General Information
○ Specific Information
○ Just Curious
○ Other

Did you find the information you were looking for?  *

○ Yes
○ No
○ Maybe

Submit

Employee Portal

Return to top of page

Exhibit 8B                                                                                                                                              Exhibit page 7