# Exhibit 1

🇺🇸 An official website of the United States government

# My Tribal Area

Enter name of Tribal Area

OR

South Dakota ⌄

Rosebud Indian Reservation and Off-Reser ⌄



About the map

| People | Jobs | Housing | Economy | Education |

| | |
|---|---|
| 35 to 44 years | 1,210 ( +/-91) |
| 45 to 54 years | 1,051 ( +/-86) |
| 55 to 59 years | 472 ( +/-59) |
| 60 to 64 years | 465 ( +/-68) |
| 65 to 74 years | 553 ( +/-48) |
| 75 to 84 years | 196 ( +/-51) |
| 85 years and over | 86 ( +/-37) |
| Median age (years) | 24.4 ( +/-0.6) |
| 18 years and over | 6,699 ( +/-102) |
| 65 years and over | 835 ( +/-41) |

| Race | ACS Estimate | Margin of Error |
|---|---|---|
| Total population | 11,404 | ( +/-174) |
| One race | 11,221 | ( +/-204) |
| White | 900 | ( +/-64) |
| Black or African American | 6 | ( +/-6) |
| American Indian and Alaska Native | 10,107 | ( +/-216) |
| Asian | 189 | ( +/-16) |
| Native Hawaiian and Other Pacific Islander | 0 | ( +/-16) |

☑ Display ACS Margin of Error

Download and Share

Source:
The American Community Survey

CONNECT WITH US

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Comm

Is this page helpful? X
👍 Yes   👎 No

https://www.census.gov/tribal/?st=46&aianihh=3235

1/1

🇺🇸 An official website of the United States government

# My Tribal Area

Enter name of Tribal Area

OR

1. South Dakota ⌄
2. Rosebud Indian Reservation and Off-Reser ⌄

About the map

| People | Jobs | Housing | Economy | Education |
|---|---|---|---|---|

| | |
|---|---|
| Total population | 11,404 ( +/-174) |
| Hispanic or Latino (of any race) | 137 ( +/-80) |
| Mexican | 98 ( +/-67) |
| Puerto Rican | 16 ( +/-26) |
| Cuban | 4 ( +/-9) |
| Other Hispanic or Latino | 19 ( +/-31) |
| Not Hispanic or Latino | 11,267 ( +/-192) |

| Place of Birth | ACS Estimate | Margin of Error |
|---|---|---|
| Total population | 11,404 | ( +/-174) |
| Native | 11,204 | ( +/-175) |
| Born in United States | 11,189 | ( +/-175) |
| State of residence | 9,124 | ( +/-245) |
| Different state | 2,065 | ( +/-201) |
| Born in Puerto Rico, U.S. Island areas, or born abroad to American parent(s) | 15 | ( +/-15) |
| Foreign born | 200 | ( +/-13) |

| Ancestry | ACS Estimate | Margin of Error |
|---|---|---|

☑ Display ACS Margin of Error

Download and Share

POWERED BY
The American Community Survey

Glossary >

CONNECT WITH US  ✕

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Comm

Is this page helpful? ✕
👍 Yes   👎 No

| Place of Birth | Estimate | ACS Margin of Error |
|---|---|---|
| Total population | 11,404 | (+/-174) |
| Native | 11,204 | (+/-175) |
| Born in United States | 11,189 | (+/-175) |
| State of residence | 9,124 | (+/-245) |
| Different state | 2,065 | (+/-201) |
| Born in Puerto Rico, U.S. Island areas, or born abroad to American parent(s) | 15 | (+/-15) |
| Foreign born | 200 | (+/-13) |