# Exhibit 2

🇺🇸 An official website of the United States government

# My Tribal Area

Enter name of Tribal Area

1. South Dakota
2. Pine Ridge Reservation

About the map

☑ Display ACS Margin of error

POWERED BY
2016 American Community Survey

| People | Jobs | Housing | Economy | Education |

| | |
|---|---|
| 60 to 64 years | 881 ( +/-129) |
| 65 to 74 years | 965 ( +/-68) |
| 75 to 84 years | 545 ( +/-123) |
| 85 years and over | 67 ( +/-48) |
| Median age (years) | 26.3 ( +/-0.4) |
| 18 years and over | 12,580 ( +/-151) |
| 65 years and over | 1,577 ( +/-104) |

| Race | ACS Estimate | Margin of Error |
|---|---|---|
| Total population | 19,950 | ( +/-165) |
| One race | 19,522 | ( +/-286) |
| White | 2,264 | ( +/-157) |
| Black or African American | 23 | ( +/-23) |
| American Indian and Alaska Native | 17,179 | ( +/-272) |
| Asian | 22 | ( +/-17) |
| Native Hawaiian and Other Pacific Islander | 0 | ( +/-19) |
| Some other race | 34 | ( +/-34) |
| Two or more races | 428 | ( +/-227) |

ACS Margin
Download and Print

CONNECT WITH US
Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Comm...

Is this page helpful? ✕
👍 Yes   👎 No

https://www.census.gov/tribal/?st=46&aianihh=2810

1/1