# Exhibit 5

3/4/22, 10:03 AM  Rule 05:02:02:01 Petition for declaratory ruling.

Case 5:20-cv-05058-LLP   Document 94-5   Filed 03/16/22   Page 2 of 2 PageID #: 4113

**5:02:02:01. Petition for declaratory ruling.** The form of a petition to the board for a declaratory ruling shall be substantially as follows:

### State of South Dakota
### State Board of Elections
### Petition for Declaratory Rulings

Pursuant to the provisions of SDCL 1-26-15, I **(name of petitioner)** of **(address of petitioner)**, am **(title or capacity of petitioner)**, and do hereby petition the South Dakota State Board of Elections for its declaratory ruling in regard to the following:

    1. The state statute or State Board of Elections rule or order or form in question is: (identify and quote the pertinent statute, rule or order or form)

    2. The facts and circumstances which give rise to the issue to be answered by the board's declaratory ruling are:

    3. The precise issue to be answered by the board's declaratory ruling is:

Dated at (__city and state__), this ____ day of _____, 20____.

                                                                         Signature of petitioner

    **Source:** 2 SDR 5, effective July 30, 1975; 6 SDR 25, effective September 24, 1979.
    **General Authority:** SDCL 12-1-9.
    **Law Implemented:** SDCL 1-26-15.