Exhibit 7



# 2020 EAVS Data Brief: South Dakota

EAVS Jurisdictions
**66**

## ➕ Voter Registration

Total Registered Voters as of Nov. 3, 2020[1]
635,256

Registration Forms Received[2*]
163,450

Total Confirmation Notices Sent[3*]
17,795

### Source of Registration Applications[4]



- Motor Vehicle Dept. — 46.0%
- Mail, Email, Fax — 24.8%
- In-Person — 23.2%
- Other — 6.0%
- Online — 0.0%

## ➕ Voter Turnout

### Voters Participating By Mode[5]



- In-Person Early Voters: 93,469 (21.9%)
- Other Mode: 3,016 (0.7%)
- In-Person Election Day Voters: 208,396 (48.8%)
- Mail Voters: 122,525 (28.7%)
- Turnout[6]: 65.4%

Total Polling Locations:
Election Day:[7] 506
Early Voting:[8] 67

## ➕ Election Technology

### Technology Used by Jurisdictions[9]



| Ballot Marking Device | Scanner | Electronic Poll Books | DRE w/o VVPAT | DRE with VVPAT | Hand Count |
|---|---|---|---|---|---|
| 66 | 66 | 13 | 0 | 0 | 0 |

## ➕ Mail Balloting

Mail Ballots Transmitted[10]
132,529

Mail Ballots Returned[11]
123,406 (93.1% of transmitted)

Mail Ballots Counted[12]
122,525 (99.3% of returned)

Mail Ballots Rejected[13]
789 (0.6% of returned)

### Mail Voting Policies
No excuse is required for mail voting[14]
Does not conduct all-mail elections[15]
No permanent absentee voting list[16]

### Notes
EAVS data and reports may be downloaded at www.eac.gov.

The data shown are certified as final by state election authorities. Responses of "Does not apply," "Data not available," and "Valid skip" are shown as zeroes or dashes. Percentages may not sum to 100% because of missing data or rounding.

* Close of registration for 2018 general election to close of registration for 2020 general election.

[1] A1a of EAVS.
[2] A3a of EAVS.
[3] A8a of EAVS.
[4] Mail, Email, Fax is A4a. In-Person is A4b. Online is A4c. Motor Vehicle Dept. is A4d. Other is the sum of A4e–A4l. Denominator is A3a.
[5] In-Person Election Day Voters is F1b. Mail Voters is F1d+F1g. In-Person Early Voters is F1f. Other Mode is F1c+F1e+F1h. Denominator is sum of F1b–F1h.
[6] F1a of EAVS. Denominator is citizen voting age population (CVAP).
[7] D3a of EAVS.
[8] D4a of EAVS.
[9] F3a–d, F5a, F6a, F7a, F8a, and F11a of EAVS.
[10] C1a of EAVS.
[11] C1b of EAVS.
[12] C3a of EAVS.
[13] C4a of EAVS.
[14] Q17 of Policy Survey.
[15] Q18 and Q18a of Policy Survey.
[16] Q19 of Policy Survey.