UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ROSEBUD SIOUX TRIBE *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. No. 5:20-cv-05058-LLP |
| v. | ) | |
| | ) | |
| STEVE BARNETT *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Before the Court is Plaintiffs' Motion for Extension of Time to File Reply Brief. Having considered the Motion and for good cause shown, it is ORDERED that the Motion is GRANTED. The deadline for Plaintiffs to file their reply brief in support of their Motion for Summary Judgment, ECF No. 76, is extended by seven days from April 1, 2022, to April 8, 2022. The remaining deadlines in the Sixth Amended Rule 16 Scheduling Order, ECF No. 91, remain in place.

It is SO ORDERED.

DATED: _____    _____
                                                                                                  Hon. Lawrence L. Piersol
                                                                                                  U.S. District Judge