UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| ROSEBUD SIOUX TRIBE, and their members; and OGLALA SIOUX TRIBE, and their members,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEVE BARNETT, in his official capacity as Secretary of State for the State of South Dakota and Chairperson of the South Dakota State Board of Elections; LAURIE GILL, in her official capacity as Cabinet Secretary for the South Dakota Department of Social Services; MARCIA HULTMAN; in her official capacity as Cabinet Secretary for the South Dakota Department of Labor and Regulation; and CRAIG PRICE, in his official capacity as Cabinet Secretary for the South Dakota Department of Public Safety,<br><br>    Defendants. | CIV 20-5058<br><br><br><br><br>ORDER TO STAY PROCEEDINGS<br>   AND CONTINUE TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Counsel for the parties have filed a Joint Motion to Extend Settlement Deadline, Doc. 122, and a separate Joint Motion to Temporarily Stay Proceedings and Continue Trial, Doc. 123, in which the parties request the case be stayed until July 27, 2022, to permit the parties sufficient time to complete ongoing settlement negotiations and notify the Court whether a settlement is reached. After consideration of the Motion, together with the file in this matter,

    IT IS ORDERED:

    1.    That the Joint Motion to Temporarily Stay Proceedings and Continue Trial, Doc. 123, is granted.

2. That the trial date of July 12, 2022, is continued.

3. That the parties shall file a joint update with the Court on or before July 29, 2022.

4. That the Joint Motion to Extend Settlement Deadline, Doc. 122, is denied as moot.

Dated this 6th day of July, 2022.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK